IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MADDIE LANGLOIS,

        Appellant,

  v.

Case No.  5D22-1493
LT Case No. 2021-CF-003516-A

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed April 11, 2023

Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Matthew J. Metz, Public Defender, and
Steven N. Gosney, Assistant Public
Defender, Daytona Beach, for Appellant.

Maddie Langlois, Defuniak Springs, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.  *See Florida Statutes Section 775.082(10)*.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.